IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NAOMI G. BISHOP,<br>      Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE, Commissioner<br>Social Security Administration,<br>      Defendant. | Civil No: 3:10-CV-01036-MA<br><br>**ORDER** |

Based upon the Stipulation of the parties, The Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and Plaintiff's EAJA petition, it is hereby:

ORDERED that EAJA attorney's fees in the amount of **$6,419.58**, expenses in the amount of **$350.00** and costs in the amount of **$71.00** shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of Treasury's Offset Program, then the check for EAJA fees shall be made payable to Richard A. Sly, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address: Richard A. Sly, Attorney at Law, 209 S.W. Oak Street, Suite 102, Portland, OR 97204.

Dated: __1/24__, 2012.

                _/s/ Malcolm F. Marsh_
                MALCOLM F. MARSH
                United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY, OSB #63074
(503)224-0436
Of Attorneys for Plaintiff