IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NAOMI G. BISHOP,                                    3:10-CV-01036-MA

        Plaintiff,

                                                   ORDER AUTHORIZING
                                                   42 U.S.C. § 406(b) FEES

        v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

MARSH, Judge.

    Counsel for Plaintiff and Defendant have conferred, and have agreed to reduce the total amount of attorney fees by $1,500.00. That $1,500.00 should be refunded to the Plaintiff. Thus, pursuant to 42 U.S.C. § 406(b), reasonable attorney fees in the amount of $29,228.75 are hereby awarded to plaintiff's attorney, Richard A. Sly. Previously, this Court awarded Mr. Sly

1 - ORDER FOR ATTORNEY FEES

$6,490.58 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). When issuing the §406(b) check, therefore, the agency is directed to subtract the amounts previously awarded under the EAJA and the $1,500.00 agreed reduction and to send to Mr. Sly the balance of $21,238.17. Any withheld amount then remaining should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this 19 day of June, 2012.

Malcolm F. Marsh
United States District Judge

2 - ORDER FOR ATTORNEY FEES