IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NAOMI G. BISHOP,                                3:10-CV-01036-MA

        Plaintiff,

                                              ORDER AUTHORIZING
                                              42 U.S.C. § 406(b) FEES

        v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

MARSH, Judge.

    Counsel for Plaintiff and Defendant have conferred, and have agreed to reduce the total amount of attorney fees by $1,500.00. That $1,500.00 should be refunded to the Plaintiff. Thus, pursuant to 42 U.S.C. § 406(b), reasonable attorney fees in the amount of $29,228.75 are hereby awarded to plaintiff's attorney, Richard A. Sly. Previously, this Court awarded Mr. Sly

1 - ORDER FOR ATTORNEY FEES

$6,490.58 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). When issuing the §406(b) check, therefore, the agency is directed to subtract the amounts previously awarded under the EAJA and the $1,500.00 agreed reduction and to send to Mr. Sly the balance of $21,238.17. Any withheld amount then remaining should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this 19 day of June, 2012.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER FOR ATTORNEY FEES